(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Blacklidge, Raymond M.** | Name of Joint Debtor (Spouse) (Last, First, Middle)<br>**Blacklidge, Karen M.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):                          **xxx-xx-6132** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):                          **xxx-xx-6258** |
| Street Address of Debtor (No. & Street, City, State & Zip Code)<br>**28810 Falling Leaves Way**<br>**Wesley Chapel, FL 33543-5761** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code)<br>**28810 Falling Leaves Way**<br>**Wesley Chapel, FL 33543-5761** |
| County of Residence or of the<br>Principal Place of Business          **Pasco** | County of Residence or of the<br>Principal Place of Business          **Pasco** |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) | |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7          ☐ Chapter 11          ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9          ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments<br>Rule 1006(b) See Official Form No. 3 |

| **Chapter 11 Small Business** (Check all boxes that apply) | |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

Statistical/Administrative Information (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

2005 JUN 14  PM 3: 05

FILED

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | |
|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Blacklidge, Raymond M.**<br>**Blacklidge, Karen M.** | FORM B1, Page 2 |
|---|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed - **None** - | Case Number | Date Filed |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor<br>- **None** - | Case Number | Date Filed |
|---|---|---|
| District | Relationship | Judge |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor **Raymond M. Blacklidge**

X _____
Signature of Joint Debtor **Karen M. Blacklidge**

_____
Telephone Number (If not represented by attorney)

5-14-05
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Michael DeMinico 336254**
Printed Name of Attorney for Debtor(s)

**Dennis Hernandez & Associates, PA**
Firm Name

**3339 West Kennedy Boulevard**
**Tampa, FL 33609**

Address    **Email. law@dennishernandez.com**
**(813) 250-0000 Fax: (813) 258-4567**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e g, forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____
Signature of Attorney for Debtor(s)    Date
**Michael DeMinico 336254**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U S C § 110(c))

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156

# United States Bankruptcy Court
## Middle District of Florida

In re    **Raymond M. Blacklidge,**
       **Karen M Blacklidge**

Case No _____

_____ ,
                              Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 220,000.00 | | |
| B   Personal Property | Yes | 3 | 3,615.00 | | |
| C   Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 189,753.34 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 150,434.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,733.68 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,534 43 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 223,615 00 | | |
| Total Liabilities | | | | 340,188.10 | |

In re      **Raymond M. Blacklidge,**                                    Case No _____
           **Karen M. Blacklidge**
_____,
                              Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Meadow Pointe Parcel 4A Unit 2**<br>**PB 32 PGS G3 - 68**<br>**Lot 34 Block 2**<br>**or 3619 PG 1067** | | J | 0.00 | 0.00 |
| **Home**<br>**28810 Falling Leaves Way**<br>**Wesley Chapel, Florida  33543-5761** | | J | 220,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **220,000.00** | (Total of this page) |
| Total > | **220,000.00** | |
| | | (Report also on Summary of Schedules) |

____0____   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005  Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Raymond M. Blacklidge,**                                Case No _____
             **Karen M. Blacklidge**

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | | **Cash on hand** | J | **6.00** |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **Deposits of money SunTrust** | J | **234.00** |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | | **None** | J | **0.00** |
| 4 | Household goods and furnishings, including audio, video, and computer equipment | | **Household goods, supplies and furnishings** | J | **250 00** |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | **Books, pictures and other art objects, stamp, coin and other collectibles.** | J | **20.00** |
| 6 | Wearing apparel | | **Wearing apparel** | J | **100 00** |
| 7 | Furs and jewelry | | **Jewelry** | J | **100 00** |
| 8 | Firearms and sports, photographic and other hobby equipment | | **Firearms** | J | **25 00** |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | | **Interests in insurance policies** | J | **1,200.00** |

Sub-Total >        **1,935.00**<br>(Total of this page)

**2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 Best Case Solutions, Inc - Evanston IL - (800) 492-8037                             Best Case Bankruptcy

In re    **Raymond M. Blacklidge,**                                    Case No _____
         **Karen M Blacklidge**
_____,
                              Debtors
# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 10 | Annuities Itemize and name each issuer | | **Annuities** | **H** | **300.00** |
| 11 | Interests in IRA, ERISA Keogh or other pension or profit sharing plans Itemize | | **None** | **J** | **0.00** |
| 12 | Stock and interests in incorporated and unincorporated businesses Itemize | | **Stocks and Interests in incorporated and unincorporated companies.** | **H** | **0.00** |
| 13 | Interests in partnerships or joint ventures Itemize | | **None** | **J** | **0.00** |
| 14 | Government and corporate bonds and other negotiable and nonnegotiable instruments | | **None** | **J** | **0.00** |
| 15 | Accounts receivable | | **None** | **J** | **0.00** |
| 16 | Alimony, maintenance, support and property settlements to which the debtor is or may be entitled Give particulars | | **None** | **J** | **0.00** |
| 17 | Other liquidated debts owing debtor including tax refunds Give particulars | | **None** | **J** | **0 00** |
| 18 | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | | **None** | **J** | **0 00** |
| 19 | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | | **None** | **J** | **0.00** |

|  | Sub-Total > | **300.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re      **Raymond M. Blacklidge,**                                    Case No. _____
           **Karen M  Blacklidge**
_____,
                              Debtors
## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | | **Unknown, filed  for an extension** | J | 0.00 |
| 21  Patents, copyrights, and other intellectual property  Give particulars | | **None** | J | 0 00 |
| 22  Licenses, franchises, and other general intangibles  Give particulars | | **None** | J | 0.00 |
| 23  Automobiles, trucks, trailers  and other vehicles and accessories | | **Automobiles, trucks, trailers and other vehicles** | J | 750.00 |
| | | **1998 Oldsmobile Silouette** | | |
| | | **1994 Jeep Cherokee** | H | 500.00 |
| 24  Boats  motors  and accessories | | **None** | J | 0.00 |
| 25  Aircraft and accessories | | **None** | J | 0.00 |
| 26  Office equipment, furnishings, and supplies | | **Office equipment - desk and computer.** | J | 100.00 |
| 27  Machinery, fixtures  equipment, and supplies used in business | | **None** | J | 0.00 |
| 28  Inventory | | **None** | J | 0.00 |
| 29  Animals | | **None** | J | 0 00 |
| 30  Crops - growing or harvested  Give particulars | | **None** | J | 0.00 |
| 31  Farming equipment and implements | | **None** | J | 0.00 |
| 32  Farm supplies, chemicals, and feed | | **None** | J | 0.00 |
| 33  Other personal property of any kind not already listed | | **Household items - miscellaneous** | J | 30.00 |

|  | Sub-Total > | **1,380.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **3,615.00** |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re     **Raymond M. Blacklidge,**                                                   Case No _____
          **Karen M. Blacklidge**
_____ ,
                                    Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*

☐ 11 U S C §522(b)(1)    Exemptions provided in 11 U S C §522(d)  Note  These exemptions are available only in certain states
■ 11 U S C §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                         been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                         period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                         is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **Home - 28810 Falling Leaves Way, Wesley Chapel, Florida 33543-5761** | **Fla  Const. art. X, § 4(a)(1); Fla. Stat Ann. §§ 222 01, 222.02, 222 05** | **100%** | **220,000 00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re    **Raymond M. Blacklidge,**                     Case No _____
        **Karen M. Blacklidge**

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests  List creditors in alphabetical order to the extent practicable  If all secured creditors will not fit on this page, use the continuation sheet provided

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

    If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No 15900-19530 <br><br> **Chase Home Finance** <br> **P.O. Box 24696** <br> **Columbus, OH 43224** | | J | | | | | | |
| | | | Value $        **0.00** | | | | 143,928.72 | 143,928.72 |
| Account No 9501-136-858 <br><br> **SouthTrust Bank** <br> **P.O. Box 1003** <br> **Birmingham, AL 35201** | | J | | | | | | |
| | | | Value $        **0.00** | | | | 45,824.62 | 45,824 62 |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |

<u> 0 </u>   continuation sheets attached

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 189,753.34 | |
| Total <br> (Report on Summary of Schedules) | 189,753.34 | |

Copyright (c) 1996-2005  Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **Raymond M. Blacklidge,**                                        Case No _____
         **Karen M. Blacklidge**
                                                        ,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U S C  § 507 (a)(3)

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency  or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____**0**_____  continuation sheets attached

Copyright (c) 1996-2005  Best Case Solutions, Inc - Evanston  IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(12/03)

In re    **Raymond M. Blacklidge,**                                    Case No._____
         **Karen M. Blacklidge**
                                                    _____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | Student loan | | | | |
| **ACS** P.O. Box 7058 Utica, NY 13504-7058 | | J | | | | | 4,700 00 |
| Account No | | | | | | | |
| **Allied Interstate** 3000 Corporate Exchange Driv 5th Floor Columbus, OH 43231 | | H | | | | | 0.00 |
| Account No  **371286008911006128600 8915** | | | | | | | |
| **American Express** P.O Box 7871 Fort Lauderdale, FL 33329 | | J | | | | | 15,312.99 |
| Account No  **5491-1303-8137-2606** | | | | | | | |
| **AT&T Universal** P.O. Box 44167 Jacksonville, FL 32231-4167 | | J | | | | | 21,377.66 |
| _8_   continuation sheets attached | | | Subtotal (Total of this page) | | | | 41,390.65 |

Form B6F - Cont
(12/03)

In re      **Raymond M. Blacklidge,**                                          Case No _____
           **Karen M. Blacklidge**
                                                                    ,
                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No  4802-1322-3608-2932** | | | | | | | |
| Capital One<br>P.O. Box 85167<br>Richmond, VA 23285-5167 | | H | | | | | 5,387.15 |
| Account No | | | | | | | |
| Card Services<br>950 Forrer Boulevard<br>Dayton, OH 45420 | | J | | | | | 0 00 |
| Account No | | | | | | | |
| CCS<br>P.O. Box 55126<br>Boston, MA 02205-5126 | | J | | | | | 0.00 |
| Account No  5491-0403-2003-4789 | | | | | | | |
| Chase<br>P O Box 15650<br>Wilmington, DE 19886-5650 | | J | | | | | 19,113 52 |
| Account No  4305-8722-5905-6477 | | | | | | | |
| Chase<br>P.O. Box 15650<br>Wilmington, DE 19886-5650 | | J | | | | | 5,221 95 |

Sheet no __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,722.62

Copyright (c) 1996-2005  Best Case Solutions  Inc  - Evanston  IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6I - Cont
(12/03)

In re    Raymond M. Blacklidge,                                      Case No _____
          Karen M Blacklidge

                                          _____,
                                                      Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | | | | | |
| CIB P O Box 1467 Tampa, FL 33601 *lake worth, FL 33460* | | J | | | | | 0.00 |
| Account No | | | | | | | |
| Delta Chi Joint Debtor | | H | | | | | 0.00 |
| Account No  6011-0043-2061-3074 | | | | | | | |
| Discover P.O. Box 3008 New Albany, OH 43054-3008 | | J | | | | | 8,865.58 |
| Account No  6019-1811-0122-6854 | | | | | | | |
| Ford GE Capital Con. P O Box 2033 OH3-4233 Credit Collections Dayton, OH 45401-2033 | | J | | | | | 425.55 |
| Account No  726068 | | | | | | | |
| Franklin Favata & Hulls, MD P O Box 917812 Orlando, FL 32891-7812 | | J | | | | | 135.00 |

Sheet no __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,426.13

Form B6F - Cont
(12/03)

In re      Raymond M Blacklidge,                                    Case No _____
           Karen M. Blacklidge

                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | | | | | |
| Franklin, Favata & Hulls, MD P O Box 917812 Orlando, FL 32891-7812 | | J | | | | | 135.00 |
| Account No  28093 | | | | | | | |
| Guggino Family Eye Center P.O. Box 91 7310E Orlando, FL 32891-0001 | | J | | | | | 101.32 |
| Account No  2243 | | | | | | | |
| Helen M Tsambiras, MD 15303 Amberly Drive Suite A Tampa, FL 33647 | | J | | | | | 154.00 |
| Account No | | | | | | | |
| HQ Global Workplaces 8875 Hidden River Parkway Suite 300 Tampa, FL 33637 | | H | | | | | 0.00 |
| Account No  302300 | | | | | | | |
| Joan H. Lynch, DDS 5713 Gray Road Zephyrhills, FL 33543-4514 | | J | | | | | 25.00 |

Sheet no __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

415 32

Form B6F - Cont
(12/03)

In re    **Raymond M. Blacklidge,**                                    Case No _____
         **Karen M Blacklidge**
                                            _____
                                                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  **59857642** <br><br> **LabCorp** <br> **P.O  Box 2240** <br> **Burlington, NC 27216-2240** | | J | | | | | **29 82** |
| Account No  **40941675** <br><br> **LapCorp** <br> **P.O. Box 2240** <br> **Burlington, NC 27216-2240** | | J | | | | | **5.77** |
| Account No  **36344603** <br><br> **LapCorp** <br> **P.O. Box 2240** <br> **Burlington, NC 27216-2240** | | J | | | | | **66.27** |
| Account No  **227348222780** <br><br> **LapCorp** <br> **P O  Box 2240** <br> **Burlington, NC 27216-2240** | | J | | | | | **156.50** |
| Account No <br><br> **LCA Collections** <br> **P O Box 2240** <br> **Burlington, NC 27216-2240** | | J | | | | | **0.00** |

Sheet no __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **258.36** |

Copyright (c) 1996-2005  Best Case Solutions  Inc  - Evanston  IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Raymond M. Blacklidge,**
         **Karen M. Blacklidge**

Case No _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No  005959311 | | | | | | | | |
| Lutz Radiology 1916 Highland Oaks Blvd Lutz, FL | | J | | | | | | 72 69 |
| Account No | | | | | | | | |
| Lutz Radiology 1916 Highland Oaks Blvd Lutz, FL | | J | | | | | | 154.47 |
| Account No | | | | | | | | |
| PCMS P.O. Box 2964 Tampa, FL 33601 | | J | | | | | | 0.00 |
| Account No  AA75256 | | | | | | | | |
| Pediatric Health Alliance P.O. Box 25437 Tampa, FL 33622-5437 | | J | | | | | | 200 00 |
| Account No  4185-5804-8651-1520 | | | | | | | | |
| Providian P.O Box 660548 Dallas, TX 75266-0548 | | W | | | | | | 9,736 65 |

| Sheet no __5__ of _8_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,163.81 |
|---|---|---|

Form B6F - Cont
(12/03)

In re   **Raymond M. Blacklidge,**
        **Karen M Blacklidge**

Case No _____

                                                                    Debtors ,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  **2318486432** | | | | | | | |
| **Quest Diagnostics**<br>**P.O. Box 13589**<br>**Philadelphia, PA 19101-3589** | | J | | | | | 8.57 |
| Account No | | | | | | | |
| **RMA**<br>**4000 East 5th Avenue**<br>**Columbus, OH 43232** | | J | | | | | 0.00 |
| Account No  **5121-0718-7093-0454** | | | | | | | |
| **Sears**<br>**P O Box 6564**<br>**The Lakes, NV 88901-6564** | | J | | | | | 13,078 30 |
| Account No  **4606-9140-0030-0071** | | | | | | | |
| **SouthTrust Bank**<br>**Bankcard Center**<br>**P.O  Box 122**<br>**Birmingham, AL 35201** | | H | | | | | 0 00 |
| Account No | | | | | | | |
| **SunTrust/MBNA**<br>**Bankcard Services**<br>**P.O. Box 15137**<br>**Wilmington, DE 19886-5137** | | J | | | | | 5,610.29 |

Sheet no   **6**   of   **8**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,697 16

Form B6F - Cont
(12/03)

In re      **Raymond M. Blacklidge,**                                    Case No _____
           **Karen M. Blacklidge**
_____
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  **0803**<br><br>**Target National Bank**<br>**P O  Box 59317**<br>**Minneapolis, MN 55459-0317** | | J | | | | | **6,734.21** |
| Account No  **South Florida Chapter**<br><br>**The Delta Chi Fraternity**<br>**P.O. Box 1817**<br>**Iowa City, IA 52244** | | H | | | | | **25,000.00** |
| Account No  **13414-36344603**<br><br>**The Women's Group**<br>**2727 W. Martin Luther King**<br>**Tampa, FL 33607** | | J | | | | | **165.00** |
| Account No<br><br>**Tsys Total Debt Mgmt, Inc.**<br>**P O  Box 6700**<br>**Norcross, GA 30091-6700** | | J | | | | | **0.00** |
| Account No  **33726092**<br><br>**University Comm. Hospital**<br>**3100 East Fletcher Avenue**<br>**Tampa, FL 33613** | | J | | | | | **230.75** |

Sheet no __**7**__ of __**8**__ sheets attached to Schedule of                                 Subtotal                **32,129.96**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Form B6F - Cont
(12 03)

In re      **Raymond M. Blacklidge,**                                    Case No _____
           **Karen M. Blacklidge**
                                                    ,
                                        Debtors
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No <br><br>**University Comm  Hospital**<br>**3100 East Fletcher Avenue**<br>**Tampa, FL 33613** | | J | | | | | 230.75 |
| Account No <br><br>**University Comm  Hospital**<br>**3100 East Fletcher Avenue**<br>**Tampa, FL 33613** | | J | | | | | 0.00 |
| Account No <br><br>**University of South Florida**<br>**4202 East Fowler Avenue**<br>**Tampa, FL 33620** | | H | | | | | 0.00 |
| Account No  090376<br><br>**Woodmen of the World**<br>**1700 Farnam Street**<br>**Omaha, NE 68102** | | H | | | | | 3,000 00 |
| Account No <br><br>**Woodmen of the World**<br>**1700 Farnam Street**<br>**Omaha, NE 68102** | | W | | | | | 5,000 00 |

Sheet no __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 8,230.75 |
| Total<br>(Report on Summary of Schedules) | 150,434.76 |

Copyright (c) 1996-2005  Best Case Solutions  Inc  - Evanston, IL - (800) 492-8037

In re      **Raymond M. Blacklidge,**                                       Case No _____
      **Karen M. Blacklidge**

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE     A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
      schedule of creditors

■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest State whether lease is for nonresidential real property State contract number of any government contract |
|---|---|
| | |

**0**     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005  Best Case Solutions  Inc - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    **Raymond M. Blacklidge,**
         **Karen M. Blacklidge**                        Case No _____

Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

■ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

___0___  continuation  sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005  Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

Form B6I
(12/03)

In re    **Raymond M  Blacklidge**
       **Karen M. Blacklidge**                                    Case No _____
<u>                                     </u>
                         Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status. | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>Daughter<br>Son<br>Son | AGE<br>13<br>17<br>19 |

| **EMPLOYMENT** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | **Insurance Agent/Attorney** | **Housewife** |
| Name of Employer | **Woodmen of the World** | |
| How long employed | | |
| Address of Employer | **1700 Farnum Street**<br>**Omaha, NE 68102** | |

| INCOME  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $  4,000.00 | $  N/A |
| Estimated monthly overtime | $  0.00 | $  N/A |
| **SUBTOTAL** | $  4,000.00 | $  N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a  Payroll taxes and social security | $  302.88 | $  N/A |
| b  Insurance | $  463.44 | $  N/A |
| c  Union dues | $  0.00 | $  N/A |
| d  Other (Specify) | $  0.00 | $  N/A |
| | $  0.00 | $  N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $  766.32 | $  N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $  3,233.68 | $  N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $  2,500.00 | $  N/A |
| Income from real property | $  0.00 | $  N/A |
| Interest and dividends | $  0.00 | $  N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $  0.00 | $  N/A |
| Social security or other government assistance<br>(Specify) | $  0.00 | $  N/A |
| | $  0.00 | $  N/A |
| Pension or retirement income | $  0.00 | $  N/A |
| Other monthly income<br>(Specify) | $  0.00 | $  N/A |
| | $  0.00 | $  N/A |
| TOTAL MONTHLY INCOME | $  5,733.68 | $  N/A |

TOTAL COMBINED MONTHLY INCOME    $  _____5,733.68_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re    **Raymond M. Blacklidge**
    **Karen M Blacklidge**            Case No _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family   Pro rate any payments made bi-weekly, quarterly. semi-annually, or annually to show monthly rate

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household   Complete a separate schedule of expenditures labeled "Spouse "

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,875.65 |
| Are real estate taxes included? | Yes **X**   No ___ | | |
| Is property insurance included? | Yes **X**   No ___ | | |
| Utilities    Electricity and heating fuel | | $ | 470.00 |
| Water and sewer | | $ | 30.00 |
| Telephone | | $ | 200 00 |
| Other | | $ | 0.00 |
| Home maintenance (repairs and upkeep) | | $ | 100.00 |
| Food | | $ | 600.00 |
| Clothing | | $ | 200 00 |
| Laundry and dry cleaning | | $ | 50.00 |
| Medical and dental expenses | | $ | 300 00 |
| Transportation (not including car payments) | | $ | 270.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | | $ | 30 00 |
| Charitable contributions | | $ | 40 00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner s or renter's | | $ | 0.00 |
| Life | | $ | 166 00 |
| Health | | $ | 402 78 |
| Auto | | $ | 300.00 |
| Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan ) | | | |
| Auto | | $ | 0.00 |
| Other | | $ | 0.00 |
| Other | | $ | 0 00 |
| Other | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0 00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 300.00 |
| Other    **Student loan** | | $ | 200.00 |
| Other | | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 5,534.43 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | | | |
|---|---|---|---|
| A    Total projected monthly income | | $ | N/A |
| B    Total projected monthly expenses | | $ | N/A |
| C    Excess income (A minus B) | | $ | N/A |
| D    Total amount to be paid into plan each _____ | | $ | N/A |
| | (interval) | | |

# United States Bankruptcy Court
## Middle District of Florida

In re    Raymond M. Blacklidge
      Karen M Blacklidge                            Case No _____

                               Debtor(s)           Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**21**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief

Date _____ 5-19-05 _____       Signature _____
                                          Raymond M. Blacklidge
                                          Debtor

Date _____ 5-19-05 _____       Signature _____
                                          Karen M Blacklidge
                                          Joint Debtor

*Penalty for making a false statement or concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C §§ 152 and 3571

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re    Raymond M. Blacklidge
     Karen M Blacklidge                             Case No

                                  Debtor(s)            Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor  partner  family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

*DEFINITIONS*

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C  § 101

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business  from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately preceding this calendar year (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $2,857.68 | Woodmen fo the World<br>Husband<br>1/1/02 - 12/31/02 |
| $11,457.92 | Woodmen of the World<br>Husband<br>1/1/03 - 12/31/03 |
| $19,738.78 | Ray Blacklidge Attorney at Law<br>Husband<br>1/1/03 - 12/31/03 |
| $0.00 | Ray Blacklidge Attorney at Law<br>Husband<br>1/1/02 - 12/31/02 |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case Give particulars If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

a List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Centurion Bank v. Raymond Blacklidge and Karen Blacklidge Case No : 51-2003-CC-002794 ES/D** | **Credit card debt** | **Pasco County Florida** | **Pending** |

None
■

b Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 6. Assignments and receiverships

None
■

a Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St. Mark Catholic Church**<br>**9724 Crosscreek Blvd.**<br>**Tampa, FL 33647** | **Church** | | **Tithing $500.00** |
| **BSA Troop 148**<br>**9724 Crosscreek Blvd.**<br>**Tampa, FL 33647** | **Scout troup** | | **Donation $500 00** |

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Refrigerator $1,200 00**<br>**Food $200.00** | **Hurricane damage**<br>**No insurance coverage** | **2004** |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling**<br>**3670 Maguire Boulevard**<br>**Suite 103**<br>**Orlando, FL 32803** | **2004** | **265.00** |
| **Dennis Hernandez & Associates**<br>**3339 West Kennedy Boulevard**<br>**Tampa, FL 33609** | **2004** | **$2,700.00** |

4

### 10. Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a If the debtor is an individual, list the names, addresses taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NO (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

6

None    b Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

NAME                                                    ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following an officer director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case A debtor who has not been in business within those six years should go directly to the signature page )*

### 19. Books, records and financial statements

None ■   a List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None ■   b List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

NAME                          ADDRESS                              DATES SERVICES RENDERED

None ■   c List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor If any of the books of account and records are not available, explain

NAME                                                    ADDRESS

None ■   d List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■   a List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None ■   b List the name and address of the person having possession of the records of each of the two inventories reported in a , above

DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                             RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

NAME AND ADDRESS                  NATURE OF INTEREST              PERCENTAGE OF INTEREST

7

None
■
b  I. the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■
a  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date _____5-19-05_____    Signature _____
                                        **Raymond M. Blacklidge**
                                        Debtor

Date _____5-19-05_____    Signature _____
                                        **Karen M. Blacklidge**
                                        Joint Debtor

*Penalty for making a false statement*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re    Raymond M. Blacklidge
       Karen M Blacklidge                            Case No _____

                                          Debtor(s)             Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2    I intend to do the following with respect to the property of the estate which secures those consumer debts

     *a  Property to Be Surrendered*

**Description of Property**                           **Creditor's name**
**-NONE-**

     *b  Property to Be Retained*                         *[Check any applicable statement ]*

| Description of Property **-NONE-** | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|

Date   5-19-05 _____       Signature _____
                                         **Raymond M. Blacklidge**
                                         Debtor

Date   5-19-05 _____       Signature _____
                                         **Karen M Blacklidge**
                                         Joint Debtor

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2   Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4   Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5   Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2   Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect

3   Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4   After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm

I, the debtor affirm that I have read this notice

| | | | |
|---|---|---|---|
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

Raymond M Blacklidge
28810 Falling Leaves Way
Wesley Chapel, FL 33543-5761

CCS
P O Box 55126
Boston, MA 02205-5126

Franklin, Favata & Hulls, MD
P O Box 917812
Orlando, FL 32891-7812

Karen M Blacklidge
28810 Falling Leaves Way
Wesley Chapel, FL 33543-5761

Chase
P O Box 15650
Wilmington, DE 19886-5650

Guggino Family Eye Center
P O Box 91 7310E
Orlando, FL 32891-0001

Michael DeMinico
Dennis Hernandez & Associates, PA
3339 West Kennedy Boulevard
Tampa, FL 33609

Chase
P O Box 15650
Wilmington, DE 19886-5650

Helen M Tsambiras, MD
15303 Amberly Drive
Suite A
Tampa, FL 33647

ACS
P O Box 7058
Utica, NY 13504-7058

Chase Home Finance
P O Box 24696
Columbus, OH 43224

HQ Global Workplaces
8875 Hidden River Parkway
Suite 300
Tampa, FL 33637

Allied Interstate
3000 Corporate Exchange Driv
5th Floor
Columbus, OH 43231

CIB
P O Box 1467
Tampa, FL 33601

Joan H Lynch, DDS
5713 Gray Road
Zephyrhills, FL 33543-4514

American Express
P O Box 7871
Fort Lauderdale, FL 33329

Delta Chi Joint Debtor

LabCorp
P O Box 2240
Burlington, NC 27216-2240

AT&T Universal
P O Box 44167
Jacksonville, FL 32231-4167

Discover
P O Box 3008
New Albany, OH 43054-3008

LapCorp
P O Box 2240
Burlington, NC 27216-2240

Capital One
P O Box 85167
Richmond, VA 23285-5167

Ford GE Capital Con
P O Box 2033
OH3-4233 Credit Collections
Dayton, OH 45401-2033

LapCorp
P O Box 2240
Burlington, NC 27216-2240

Card Services
950 Forrer Boulevard
Dayton, OH 45420

Franklin Favata & Hulls, MD
P O Box 917812
Orlando, FL 32891-7812

LapCorp
P O Box 2240
Burlington, NC 27216-2240

LCA Collections
P O Box 2240
Burlington, NC 27216-2240

Lutz Radiology
1916 Highland Oaks Blvd
Lutz, FL

Lutz Radiology
1916 Highland Oaks Blvd
Lutz, FL

PCMS
P O Box 2964
Tampa, FL 33601

Pediatric Health Alliance
P O Box 25437
Tampa, FL 33622-5437

Providian
P O Box 660548
Dallas TX 75266-0548

Quest Diagnostics
P O Box 13589
Philadelphia, PA 19101-3589

RMA
4000 East 5th Avenue
Columbus, OH 43232

Sears
P O Box 6564
The Lakes, NV 88901-6564

SouthTrust Bank
P O Box 1003
Birmingham, AL 35201

SouthTrust Bank
Bankcard Center
P O Box 122
Birmingham, AL 35201

SunTrust/MBNA
Bankcard Services
P O Box 15137
Wilmington, DE 19886-5137

Target National Bank
P O Box 59317
Minneapolis, MN 55459-0317

The Delta Chi Fraternity
P O Box 1817
Iowa City, IA 52244

The Women's Group
2727 W Martin Luther King
Tampa, FL 33607

Tsys Total Debt Mgmt, Inc
P O Box 6700
Norcross, GA 30091-6700

University Comm Hospital
3100 East Fletcher Avenue
Tampa, FL 33613

University Comm Hospital
3100 East Fletcher Avenue
Tampa, FL 33613

University Comm Hospital
3100 East Fletcher Avenue
Tampa, FL 33613

University of South Florida
4202 East Fowler Avenue
Tampa, FL 33620

Woodmen of the World
1700 Farnam Street
Omaha, NE 68102

Woodmen of the World
1700 Farnam Street
Omaha, NE 68102

## United States Bankruptcy Court
### Middle District of Florida

In re    Raymond M. Blacklidge
       Karen M. Blacklidge                                Case No _____

                                           Debtor(s)          Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date     5-14-05                                                             
                                        **Raymond M. Blacklidge**
                                        Signature of Debtor

Date     5-14-05                                                             
                                         **Karen M. Blacklidge**
                                         Signature of Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re    **Raymond M. Blacklidge**
      **Karen M. Blacklidge** _____

                                       Debtor(s)

Case No _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2    The source of the compensation paid to me was

      ■ Debtor     ☐ Other (specify)

3    The source of compensation to be paid to me is

      ■ Debtor     ☐ Other (specify)

4    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

5    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
    a   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy,
    b   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required,
    c   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof,
    d   [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6    By agreement with the debtor(s), the above-disclosed fee does not include the following service
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated _____

                **Michael DeMinico 336254**
                **Dennis Hernandez & Associates, PA**
                **3339 West Kennedy Boulevard**
                **Tampa, FL 33609**
                **(813) 250-0000  Fax. (813) 258-4567**
                **law@dennishernandez.com**

---